## [PROPOSED] ORDER

Pursuant to the request of the United States, IT IS HEREBY ORDERED that the Magistrate Judge Nathanael M. Cousins' Order granting pretrial release and setting conditions of release for defendant Aurora Marin is STAYED until such time that this Court can hear and resolve the United States' appeal of the Order.

The Court hereby sets the following briefing schedule: the United States shall file any papers in support of its appeal by ~~Thursday, April 28, 2013~~ Tuesday, March 26, 2013 and the defendant shall file any papers in opposition by ~~Tuesday, April 2, 2012~~ Thursday, March 28, 2013. The hearing on the matter will be heard on the following date and time: ~~April 18, 2013~~ April 1, 2013 at 2:00 p.m.

IT IS SO ORDERED.

DATED: 3/22/13

HONORABLE JON S. TIGAR
United States District Judge

NOTICE OF APPEAL AND UNITED STATES' REQUEST FOR STAY OF ORDER GRANTING DEF.'S RELEASE; AND [PROPOSED] ORDER
13-CR-000121 JST